UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

C.A. NO: 4:23-cv-00172-JD

| | |
|---|---|
| Brian Coe,           Plaintiff,<br><br>vs.<br><br>Life Insurance Company of North America,<br><br>           Defendant. | **STIPULATION OF DISMISSAL WITH PREJUDICE** |

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff, Brain Coe, through his counsel, hereby stipulates to the dismissal of this action, including all of the claims and causes of action, **with prejudice**, each party to bear his/its own costs.

Respectfully submitted,

| WE SO MOVE: | WE CONSENT: |
|---|---|
| s/Nathaniel W. Bax<br>Nathaniel W. Bax, Fed. ID No. 9835<br>FOSTER LAW FIRM, LLC<br>P.O. Box 2123<br>Greenville, SC 29602<br>(864) 242-6200<br>(864) 233-0290 (facsimile)<br>E-mail: nbax@fosterfoster.com<br>**ATTORNEYS FOR PLAINTIFF** | s/Franklin G. Shuler, Jr.<br>Franklin G. Shuler, Jr, Fed. ID No. 5547<br>Turner Padget Graham & Laney P.A.<br>1901 Main Street, 17th Floor<br>P.O. Box 1473<br>Columbia, South Carolina 29202<br>Phone: (803) 254-2200<br>Fax: (803) 799-3957<br>E-mail: fshuler@turnerpadget.com<br>**ATTORNEYS FOR DEFENDANT** |
| Dated: February 15, 2023 | Dated: February 15, 2023 |